In the Matter of the Judicial Settlement of the Accounts of CROWELL HADDEN and FRANKLIN TRUST COMPANY, as Executors, etc., of WILLIAM H. HERRIMAN, Deceased, Respondents. GEORGE B. PAGE, as Executor, etc., Appellant.— We think that although the determination of the surrogate that the testator intended the legacies should be paid from the property in Italy was correct, nevertheless it was competent for the creditors to prove their debts, either in Italy or America, and as the estate in Italy is insufficient to pay the legacies which it seems the testator contemplated should be paid, we decide that the general debts against the estate should all be chargeable against the American fund, which would increase the amount applicable to the legacies under the Italian will. The matter is remitted to the Surrogate's Court of Kings county to modify the decree in accordance with this decision. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

In the Matter of Summary Proceedings. I. B. & G. REALTY COMPANY, Appellant, v. AARON KAUFMAN and LEO WISSOKER, Respondents.— Judgment and orders of the City Court of the city of New Rochelle reversed, and a new trial ordered in that court, with costs to abide the event, upon the ground that the verdict is against the weight of the evidence. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

In the Matter of the Application of LIBERTY ENGINE AND HOSE COMPANY, No. 1, OF THE TOWN OF PELHAM, and Others, etc., Petitioners, for a Writ of Certiorari against CHARLES W. FOSTER and Others, Constituting the Board of Fire Commissioners, etc., Respondents.—Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

In the Matter of the Application of EMANUEL ROSENTHAL, a Discharged Bankrupt, Respondent, for an Order Canceling Certain Judgments, etc. PHILIP KREITZER and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the judgment creditors did not have actual notice of the proceeding in time to avail themselves of the benefit of the Bankruptcy Law. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

In the Matter of the Petition of HERBERT C. SMITH and FLORENCE FAIRBANKS DU VAL, Respondents, to Prove the Last Will and Testament of MARTHA M. BRASHER, Late of the County of Kings, Deceased. LOUISE MARSTON BAIN, Appellant.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

In the Matter of MARGARET WANDELL, Deceased. CORA L. HART, Appellant; OLIVE I. WANDELL, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

GILBERT L. JOHNSTONE, Respondent, v. IRENE JOHNSTONE, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.